**BRONSON LIPSKY LLP**

Douglas B. Lipsky

630 Third Avenue, Fifth Floor
New York, New York 10017
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
dl@bronsonlipsky.com

www.bronsonlipsky.com

April 29, 2014

VIA ECF
The Honorable Leonard D. Wexler, U.S.D.J.
U.S. District Court Eastern District of New York
Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

      Re:    Donnelly, *et al.* v. Peter Luger of Long Island, Inc.,
            2:13-cv-1377 (LDW) (ETB)

Dear Judge Wexler:

      This firm and Gottlieb & Associates represent the Plaintiffs in the above-referenced Fair Labor Standards Act and New York Labor Law matter. This letter is to update the Court that the parties have reached a settlement in principle to resolve this matter on a class-wide basis and intend to submit the settlement agreement for the Court's preliminary approval on or by May 12, 2014.

      We appreciate the Court's attention to this matter and are available to answer any questions.

                                Respectfully submitted,
                                BRONSON LIPSKY LLP

                                s/ Douglas B. Lipsky
                                Douglas B. Lipsky

Cc:    Jeffrey Gottlieb, Dana Gottlieb, Glenn Grindlinger and Carolyn Richmond (Via ECF)